## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## (LOUISVILLE)

*\*ELECTRONICALLY FILED\**

| | | |
|---|---|---|
| ANTOINETTE C. TAYLOR, | * | Case No. 3:13CV-1088-S |
| | * | |
| Plaintiff, | * | |
| | * | Judge Charles R. Simpson, III |
| -v- | * | |
| | * | Magistrate Judge James D. Moyer |
| JACKSON LEWIS LLP, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants Jackson Lewis LLP ("Jackson Lewis") and Katharine C. Weber ("Weber") (collectively, "Defendants") remove case number 13-CI-05038 from the Jefferson Circuit Court Division Nine (9) in Jefferson County, Kentucky, where it is now pending, to the United States District Court for the Western District of Kentucky. This action is being removed based on federal question jurisdiction under 28 U.S.C. § 1331.

As grounds for removal, Defendants state as follows:

1. On or about October 8, 2013, Plaintiff Antoinette C. Taylor ("Plaintiff") filed the present action against Defendants in the Jefferson Circuit Court Division Nine (9) in Jefferson County, Kentucky, designated as Case No. 13-CI-05038. A copy of the Civil Summons and Complaint received by Defendants are attached as Exhibit A.

2. On or about October 17, 2013, Plaintiff filed a First Amended Complaint. A copy of the First Amended Complaint is attached as Exhibit B.

3. In the First Amended Complaint, Plaintiff added two new claims against Defendants, in addition to the claims that previously were asserted in the Complaint. It is apparent from Plaintiff's First Amended Complaint that she intended the First Amended Complaint to supplement, rather than replace, the Complaint. (*See, e.g.,* First Amended Complaint, ¶2 ("The amended complaint will add two (2) additional claims of action upon, which relief can be granted . . ."); ¶5 ("Plaintiff hereby restates and incorporates the allegations contained in paragraphs 1-4 and original complaint as if fully stated herein."))

4. Exhibits A and B constitute all process, pleadings, and orders served upon or received by Defendants.

5. This Notice of Removal is being filed within thirty days of Defendants' receipt of the Complaint in this matter. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

6. The Complaint and First Amended Complaint establish that there is a federal question. Plaintiff alleges that Defendants violated the First, Fourth, Fifth, Ninth, and Fourteenth Amendments of the United States Constitution. (Compl. p. 1.) Among other relief requested, Plaintiff requests that the Court declare that Defendants' conduct is in violation of the First, Fourth, Fifth, Ninth, and Fourteenth Amendments of the United States Constitution. (Compl., Prayer for Relief.) The Court has original jurisdiction over these claims under 28 U.S.C. § 1331.

7. Furthermore, this Court may exercise supplemental jurisdiction over the remaining state law claims in Plaintiff's Complaint and First Amended Complaint pursuant to 28 U.S.C. § 1367(a).

8.  Venue is proper in the Western District of Kentucky because the actions complained of in Plaintiff's Complaint allegedly occurred in Jefferson County, Kentucky. Plaintiff initiated this action in Jefferson County.

9.  Defendant gives notice of removal of this action to the Jefferson Circuit Court Division Nine (9) in Jefferson County, Kentucky as required by 28 U.S.C. § 1446(d). A copy of this Notice is attached as Exhibit C.

For all of these reasons, Defendants respectfully give notice that this action is hereby removed from the Jefferson Circuit Court Division Nine (9) in Jefferson County, Kentucky.

Respectfully submitted,

/s/ Patricia A. Pryor
Patricia A. Pryor (KBA 94207)
JACKSON LEWIS LLP
PNC Center, 26th Floor
201 E. 5th Street
Cincinnati, Ohio 45202
(513) 898-0050 - telephone
(513) 898-0051 - facsimile
e-mail: patricia.pryor@jacksonlewis.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served this 5th day of November 2013, via regular U.S. Mail upon the following:

Antoinette C. Taylor
1082 Dotland Circle
Shelbyville, Kentucky 40065

*Pro Se Plaintiff*

/s/ Patricia A. Pryor
Patricia A. Pryor

4832-5260-6230, v. 1